**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000731**
**21-MAY-2013**
**03:12 PM**

NO. CAAP-12-0000731

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

TRUST CREATED UNDER THE WILL OF SAMUEL M. DAMON, DECEASED

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(PROBATE NO. 6664 and
EQUITY NO. 2816-A)

ORDER DISMISSING THE CROSS-APPEAL OF ALEXANDRIA MURDOCH HAIG
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) on September 10, 2012, Cross-Appellant Alexandria Murdoch Haig (Cross-Appellant) filed a notice of cross-appeal;

(2) the record on appeal was filed on October 18, 2012, and pursuant to the Hawai'i Rules of Appellate Procedure, the statement of jurisdiction was due on October 29, 2012 and the opening brief was due on November 28, 2012;

(3) Cross-Appellant did not file either document;

(4) on May 2, 2013, the appellate clerk informed Cross-Appellant that:

(a) the time for filing the statement of jurisdiction and the opening brief expired;

(b) pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on May 13, 2013, for such action as the court deems proper; and

(c) the appeal may be dismissed; and

(5) thereafter, Cross-Appellant did not file the statement of jurisdiction and opening brief or respond to the notice of default.  Therefore,

IT IS HEREBY ORDERED that the cross-appeal of Alexandria Murdoch Haig is dismissed.

DATED: Honolulu, Hawai'i, May 21, 2013.


Chief Judge

Associate Judge

Associate Judge